## Maslowski's Estate.

*Decedent's estate—Real estate—Order directing sale—Appeals—Interlocutory order—Appeal quashed—Practice, O. C.—Practice, Supreme Court.*

An order directing an administrator to apply for an order of court to sell the decedent's real estate for the payment of debts is interlocutory and an appeal therefrom to the Supreme Court will be quashed. If the sale in such case is made pursuant to such order an appeal will lie from the confirmation thereof.

Argued April 17, 1918. , Appeal, No. 196, Jan. T., 1917, from decree of O. C. Luzerne Co., No. 241 of 1915, directing administrator to apply for order of court to sell decedent's real estate in the estate of Rosalie Maslowski, Deceased. Before, BROWN, C. J., MOSCHZISKER, FRAZER and WALLING, JJ. Appeal quashed.

Petition for order directing an administrator to apply for leave to sell the decedent's real estate for the payment of debts. Before FREAS, P. J.

The opinion of the Supreme Court states the facts.

The court granted the prayer of the petitioner. Alexander Maslowski appealed.

*Error assigned* was the order of the court.

*Edmund B. Butler,* with him *Joseph P. Lord,* for appellants.

*John McGahren,* with him *R. B. Alexander,* for appellee.

OPINION BY MR. CHIEF JUSTICE BROWN, June 3, 1918:

This appeal is from an order directing the appellant, as administrator of the estate of Rosalie Maslowski, to apply for an order of court to sell her real estate for the payment of debts. The order was merely interlocutory, and the appeal must, therefore, be quashed: Snodgrass's App., 96 Pa. 420. If a sale should be made in pursuance of the said order or decree, an appeal will lie from the final confirmation of it, and the errors now justly, but prematurely, complained of will then be properly here for correction.

Appeal quashed, without prejudice to the appellant.